KIMBERLY D. HOWATT (SBN: 196921)
khowatt@gordonrees.com
TIMOTHY P. LINDELL (SBN: 208966)
tlindell@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Plaintiff CHOICE HOTELS INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHRI LAXMI NARYAN HOSPITALITY GROUP OF SACRAMENTO, INC., a California Corporation; and WATKINS/SACRAMENTO INN, LLC, a California Corporation,<br><br>Defendants. | CASE NO.  2:14-cv-1926 JAM AC<br><br>**STIPULATION AND JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>Date:  n/a<br>Time:  n/a<br><br>Judge: John A. Mendez |

## **STIPULATION AND JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION**

Plaintiff Choice Hotels International, Inc. ("Plaintiff" or "Choice Hotels") and Defendants Shri Laxmi Naryan Hospitality Group of Sacramento, Inc. ("SLNH Group") and Watkins/Sacramento Inn, LLC ("Watkins") hereby submit the following stipulation and joint motion for entry of a Permanent Injunction.

1.  Choice Hotels, SLNH Group, and Watkins (collectively the "Parties") have entered into an agreement settling their disputes and hereby stipulate to the entry of this Stipulated Permanent Injunction.

2. Plaintiff owns the CLARION® family of marks identified in Plaintiff's Complaint filed herein. (Dkt. No. 1). The CLARION® family of marks are valid and distinctive. Pursuant to 15 U.S.C. §§ 1114 & 1125(a) and federal and state common law trademark rights, Plaintiff seeks to, among other things, enjoin SLNH Group and Watkins (together "Defendants") from the unauthorized use or contribution to the use of the CLARION® family of marks in commerce.

3. Entry of a permanent injunction will achieve the purposes of the Lanham Act and federal and state common law related to trademark infringement, including protection of the ownership and integrity of the CLARION® family of marks and protection of the public from confusion in the marketplace.

4. The Parties have reached a settlement agreement concerning all other matters in controversy.

**IT IS SO STIPULATED**

Dated: March 13, 2015         GORDON & REES LLP

                              By: */s/*
                                  KIMBERLY D. HOWATT
                                  TIMOTHY P. LINDELL
                              Attorneys for Plaintiff CHOICE
                              HOTELS INTERNATIONAL, INC.

Dated: February 28, 2015      LAW OFFICES OF KIRK RIMMER

                              By: */s/*
                                  KIRK RIMMER
                              Attorney for Defendant SHRI LAXMI
                              NARYAN HOSPITALITY GROUP OF
                              SACRAMENTO, INC.

Dated: March 12, 2015         LAW OFFICES OF STEPHAN
                              PARSHALL

                              By: */s/*
                                  STEPHAN PARSHALL
                              Attorney for Defendant
                              WATKINS/SACRAMENTO INN, LLC

# ORDER

Having been stipulated to by and between the Parties and for good cause having been shown:

1. **Permanent Injunction.** Defendants, including each of their respective agents, employees, officers, and representatives, and all those in active concert or participation with them, are permanently, and forever **ENJOINED** from using or contributing to the use of Plaintiff's CLARION® family of marks as identified in the Complaint filed herein (Dkt. No. 1), or any similar marks, without the consent of Choice Hotels. The Court further **ORDERS** Defendants to deliver to Plaintiff any items in their possession, custody, or control bearing any of the CLARION® family of marks. The Court further **ORDERS** Defendants to file a sworn statement of compliance as provided in 15 U.S.C. §1116(a).

2. **Non-Appealability.** This Stipulated Permanent Injunction is final and may not be appealed by any party.

It is **SO ORDERED.**

Dated: March 20, 2015         /s/ John A. Mendez_____
                              John A. Mendez
                              U.S. District Court Judge