# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., a Delaware Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SHRI LAXMI NARYAN HOSPITALITY GROUP OF SACRAMENTO, INC., a California Corporation; and WATKINS/SACRAMENTO INN, LLC, a California Corporation,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:14-CV-01926-JAM-AC<br><br>Complaint Filed: August 19, 2014<br><br>**ORDER ON STIPULATION AND JOINT MOTION TO DISMISS WATKINS/SACRAMENTO ONLY**<br><br>[FED.R.CIV.P. 7.1; CIV. L.R. 40.2]<br><br>Judge John A. Mendez |

Pursuant to the stipulation and joint motion by Plaintiff, Choice Hotels International, Inc. ("Choice Hotels") and Defendant, Watkins/Sacramento Inn, LLC ("Watkins") and good cause existing therefor:

IT IS HEREBY ORDERED THAT the claims against Watkins only, are dismissed without prejudice from the above-entitled action pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), with Choice Hotels and Watkins each to bear their own fees and costs.

Dated: 4/6/2015　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　JUDGE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE