UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SHRI LAXMI NARYAN HOSPITALITY GROUP OF SACRAMENTO, INC., a California Corporation; and WATKINS/SACRAMENTO INN, LLC, a California Corporation, <br><br> Defendants. | CASE NO. 2:14-CV-01926-JAM-AC <br><br> Complaint Filed: August 19, 2014 <br><br> **ORDER ON NOTICE OF AND STIPULATION REGARDING SETTLEMENT WITH SHRI LAXMI NARYAN HOSPITALITY GROUP OF SACRAMENTO, INC.** <br><br> [FED.R.CIV.P. 7.1; CIV. L.R. 40.2] <br><br> Judge John A. Mendez |

Pursuant to the joint notice and stipulation by Plaintiff, Choice Hotels International, Inc. ("Choice Hotels") and Defendant, Shri Laxmi Naryan Hospitality Group of Sacramento, Inc. ("SLNH Group"), the Court has been advised that Choice Hotels and SLNH Group have entered into a settlement agreement with respect to Choice Hotels' claims against SLNH Group. Accordingly, pursuant to the parties' request, the Court will maintain jurisdiction over this matter but administratively close it for statistical purposes without

1

prejudice to it being reopened to enter judgment or order of dismissal or further proceedings if the settlement is not fully consummated.

      IT IS SO ORDERED.

Dated:  4/13/2015         /s/ John A. Mendez_____
                                  JUDGE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE