UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SHRI LAXMI NARYAN HOSPITALITY GROUP OF SACRAMENTO, INC., a California Corporation; and WATKINS/SACRAMENTO INN, LLC, a California Corporation,<br><br>　　　　　　　Defendants. | CASE NO. 2:14-CV-01926-JAM-AC<br><br>Complaint Filed: August 19, 2014<br><br>**ORDER ON SATISFACTION OF SETTLEMENT AND JOINT REQUEST FOR DISMISSAL OF CLAIMS AGAINST SHRI LAXMI NARYAN HOSPITALITY GROUP OF SACRAMENTO, INC. WITH PREJUDICE**<br><br>Judge John A. Mendez |

Pursuant to the Joint Notice and Request filed by Plaintiff, CHOICE HOTELS INTERNATIONAL, INC. and Defendant, SHRI LAXMI NARYAN HOSPITALITY GROUP OF SACRAMENTO, INC. ("SLNH Group"), and for good cause having been shown, this matter is administratively reopened for entry of a dismissal with prejudice in favor of SLNH Group, without an award of fees or costs and each party bearing their own responsibility for same.

IT IS SO ORDERED.

Dated: 2/8/2019　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　Honorable District Court Judge
　　　　　　　　　　　　　　　　　　　　John A. Mendez

1

[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　Case No. 2:14-CV-01926-JAM-AC